UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rozlon Thomas,                                                           Civil No. 12-47 (DWF/JSM)

          Plaintiff,

v.                                                                       **ORDER ADOPTING REPORT
                                                                         AND RECOMMENDATION**

UnitedHealth Group, Inc., and
Mark Gwin,

          Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated September 16, 2014. (Doc. No. 137.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

### ORDER

1.    Magistrate Judge Janie S. Mayeron's September 16, 2014 Report and Recommendation (Doc. No. [137]) is **ADOPTED**.

2.    Defendants United Health Group, Inc. and Mark Gwin's Motion for Summary Judgment (Doc. No. [119]) is **GRANTED**.

3.    This matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   October 16, 2014          s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   United States District Judge